# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHRISTOPHER M. JONES

VERSUS

LISA C. JONES, VIOLA
CHATELAIN, CURTIS CHATELAIN,
DONNA SAACKS, AND CHRISTINA
DELEON

NO.  2026 CW 0151

**APRIL 20, 2026**

---

In Re:   Viola   Chatelain   and   Donna   Saacks,   applying   for
supervisory writs, 22nd Judicial District Court, Parish
of St. Tammany, No. 201216288.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**STAY DENIED; WRIT DENIED.**

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT